No. 108, Orig. NEBRASKA *v.* WYOMING ET AL. Motion of the Special Master for award of compensation and expenses granted,

and the Special Master is awarded a total of $70,718.52 for the period October 1, 1990, through May 15, 1991, to be paid as follows: 20% by the United States and 40% each by Nebraska and Wyoming. [For earlier order herein, see, *e. g.*, 498 U. S. 934.]